AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ADAM JONATHAN LOWE | ) Case No. 23-60225-CR-AltMAN-JMS |
| | ) |
| | ) |
| | ) |
| Defendant | |

FILED BY_____ D.C.
NOV 09 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ADAM JONATHAN LOWE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 - Wire Fraud
18 U.S.C. § 1341 - Mail Fraud
18 U.S.C. § 1957 - Engaging in Monetary Transactions in Criminally Derived Proceeds

Date:   11/09/2023                                              _____
                                                                                *Issuing officer's signature*

City and state:   Ft. Lauderdale, Florida                       Jared M. Strauss, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                           _____
                                                                                *Arresting officer's signature*

                                                                                _____
                                                                                *Printed name and title*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By___AARON TIJERINO___
Deputy Clerk
Date   **Nov 9, 2023**

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: ADAM JONATHAN LOWE
Known aliases:
Last known residence: 31 Exeter Ave., West Pittson, PA 18643
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 04/15/1981
Social Security number: 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
Height: _____  Weight: _____
Sex: Male  Race: _____
Hair: _____  Eyes: _____
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: FBI, 2030 SW 145th Avenue, Miramar, FL 33027

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

BOND RECOMMENDATION

**Defendant**:   ADAM JONATHAN LOWE

$250,000 Personal Surety Bond with co-signer

By: _____
AUSA Marc S. Anton

**Last Known Address**: 31 Exter Ave.,
West Pittson, PA 18643

**What Facility**: _____

**Agent(s)**:   Sarah Halleran, FBI